*sias* y *Henry G. Molina._* Abogados de los demandados: *Sres. Bosch & Soto.*

----

No. 735. El Pueblo, Demandante y Apelado, *v.* Ochart, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por infracción del artículo 162 del Código Penal. Resuelto en diciembre 1, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.

----

No. 1244.—Alonso, Riera & Co., Demandantes y Apelados, *v.* Riera, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de dinero. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en diciembre 2, 1914. Desestimada la apelación. Abogado de la parte apelada: *Sr. Jacinto Texidor.* Abogado de la parte apelante: *Sr. José Martínez Dávila.*

----

No. 736. El Pueblo, Demandante y Apelado, *v.* Monsegur, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por portar armas prohibidas. Resuelto en diciembre 10, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.

----

No. 724. El Pueblo, Demandante y Apelado, *v.* Rosario, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por delito contra la salud pú-